UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILDRED CRAWFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:14-cv-2836-EFB<br><br><br><br>ORDER |

On January 8, 2015, the court ordered plaintiff to submit documents for service of process to the United States Marshal within 14 days, and to file a statement with the court that said documents had been submitted. ECF No. 4. To date, plaintiff has not complied with the court's order.[1]

Accordingly, it is hereby ORDERED that, within 14 days of the date of this order, plaintiff shall comply with the court's January 8, 2015 order. Plaintiff is warned that failure to comply with this order will result in the dismissal of this case.

DATED: April 20, 2015.

　　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Nor has plaintiff filed her consent to proceed before the undersigned or request for assignment of a United States District Judge.