UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILDRED CRAWFORD, | No. 2:14-cv-2836-EFB |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On January 8, 2015, the court granted plaintiff's application to proceed *in forma pauperis* and ordered plaintiff to submit documents for service of process to the United States Marshal within 14 days. ECF No. 4. She was also ordered to file a statement with the court providing that such documents had been submitted to the Marshal. *Id*. Plaintiff, however, failed to comply with that order. Accordingly, on April 20, 2015, the court ordered plaintiff, within 14 days, to comply with the January 8, 2015 order. ECF No. 7. Plaintiff was also admonished that failure to do so would result in dismissal of this case. *Id*.

Despite the April 20 order, there is no indication that plaintiff submitted documents for service of process to the Marshal. Rather, the docket reflects that plaintiff's counsel, rather than submitting the documents to the Marshal as ordered by this court, attempted to personally serve defendant. A proof of service filed by plaintiff indicates that on May 4, 2015, plaintiff's counsel

1

1 left a copy of the summons and complaint with Stephen Leung, Administrative Officer for the
2 Social Security Administration, at 160 Spear Street, Ste. 800, San Francisco, California.  ECF No.
3 9. There is no indication, however, that counsel served the United States Attorney for the Eastern
4 District of California and the Attorney General of the United States at Washington, D.C., as
5 required by Federal Rule of Civil Procedure 4(i).  Thus, despite counsel's efforts, defendant has
6 still not been properly served.[1]

7      Local Rule 110 provides that failure to comply with the court orders "may be grounds for
8 imposition by the Court of any and all sanctions authorized by statute or Rule or within the
9 inherent power of the Court."

10      Accordingly, good cause appearing, it is hereby ORDERED that:

11      1. Within fourteen days of the date of this order, plaintiff shall comply with the court's
12 January 8, 2015 order.

13      2. Plaintiff shall show cause, in writing, within fourteen days from the date of this order,
14 why this action should not be dismissed for failure to comply with this court's orders and/or
15 failure to effect service of process within the time prescribed by Rule 4(m).

16      3. Plaintiff's counsel shall show cause, in writing, within fourteen days from the date of
17 this order, why he should not be sanctioned for his failure to comply with this court's orders.

18      4. Failure of plaintiff to comply with this order may result in dismiss of this action for
19 failure to follow court orders, for failure to effect service of process within the time prescribed by
20 Rule 4(m), and/or for lack of prosecution under Rule 41(b).

21 DATED: November 19, 2015.

22  
23 EDMUND F. BRENNAN  
    UNITED STATES MAGISTRATE JUDGE

---

[1] On November 15, 2015, plaintiff requested the clerk enter defendant's default.  ECF No. 12. That request was denied due to defective service of process.  ECF No. 13.